■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH HAYES, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered July 28, 1989, convicting him of rape in the first degree and sodomy in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim of a *Rosario* violation is unpersuasive *(see, People v Rosario,* 9 NY2d 286). There is no factual evidence in the record before us establishing the existence of the alleged *Rosario* material which he claims to have been denied.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are waived, unpreserved for appellate review, or without merit. Mangano, P. J., Thompson, Sullivan and Rosenblatt, JJ., concur.